```
 1  GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
    38 Discovery, Suite 200
 2  Irvine, California 92618
    Telephone: (949) 753-0255
 3  Facsimile: (949) 753-0265
    Electronic Service: eservice@g3pmlaw.com
 4  Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

 5  Attorney for Defendant FCA US LLC

 6  QUILL & ARROW, LLP
    Kevin Y. Jacobson, Esq.
 7  10900 Wilshire Blvd., Ste 300
    Los Angeles, CA 90024
 8  Telephone: (310)933-4271
    Facsimile: (310)889-0645
 9
    Attorneys for Plaintiffs, FRANK AGUILERA & SARAH MENDOZA
10
```

11

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  FRANK AGUILERA, an individual and SARAH MENDOZA, an individual | ) Case No: 2:20-cv-03859 SVW(ASx) <br> ) Dist Judge: Stephen V. Wilson <br> ) Mag Judge: Alka Sagar <br> ) Dept.: |
| 17           Plaintiffs, <br> vs. | ) <br> ) <br> ) |
| 19  FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive | ) **JOINT STIPULATION RE NOTICE** <br> ) **OF SETTLEMENT** <br> ) <br> ) |
| 21           Defendant. | ) <br> ) |

23     **TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF**

24  **RECORD:**

25     In accordance with Local Rule 16-15.7, Plaintiffs FRANK

26  AGUILERA & SARAH MENDOZA, and Defendant FCA US LLC, hereby

27  submit this Notice of Settlement to notify the Court that

28  the parties have reached a settlement in the above-

referenced case. Plaintiffs and Defendant anticipate that a dismissal will be filed within 60 days in this matter.

DATED: October 9, 2020    QUILL & ARROW, LLP

By: */s/Kevin Y. Johnson*
Kevin Y. Johnson, Esq.
Attorneys for Plaintiffs,
FRANK AGUILERA & SARAH MENDOZA

DATED: October 9, 2020    GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP

By: */s/Matthew Proudfoot*
Matthew Proudfoot, Esq.
Attorneys for Defendant,
FCA US LLC

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Long Beach, California; my business address is Gates, Gonter, Guy, Proudfoot & Muench, LLP, 38 Discovery, Ste 200, Irvine, CA 92618

On the date below, I served a copy of the foregoing document entitled:

**JOINT STIPULATION RE NOTICE OF SETTLEMENT**
on the interested parties in said case as follows:
**Served Electronically**
**Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Long Beach, California on October 9, 2020.

By: */s/ Heidi Dufour*